[PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-13005

_____

DONALD J. TRUMP,

Plaintiff-Appellee,

*versus*

UNITED STATES OF AMERICA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:22-cv-81294-AMC

_____

2                          Order of the Court                    22-13005

Before WILLIAM PRYOR, Chief Judge, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

Absent a stay or withholding of the mandate in the appeal to which this order is appended, the clerk is directed to issue the mandate after seven (7) days of the date of this opinion. Consistent with Eleventh Circuit Rule 41-2, the clerk is directed to provide the active members of this Court with notice of the issuance of this opinion and our direction to expedite issuance of the mandate.

**SO ORDERED**.